IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUMPHREYS & PARTNERS ARCHITECTS, L.P.,<br><br>                 Plaintiff,<br><br>  vs.<br><br>INVEST OMAHA II, LLC,<br><br>                 Defendant. | 4:20-CV-3039<br><br>**ORDER** |

       This matter is before the Court on Defendant's Unopposed Motion to Vacate Clerk's Entry of Default. Filing 11. In support of its motion, Defendant notes that Plaintiff filed its Complaint (Filing 1) on April 6, 2020, and served Defendant on April 16, 2020. (Filing 8). Defendant's response was due on May 7, 2020, but due to miscommunications within the defendant company and between the company and its attorneys, Defendant missed that deadline. Filing 11 at 1. Defendant states the miscommunication was because there is a similar case already pending in this District. Filing 11 at 1. As a result of the missed deadline, Plaintiff moved for the Clerk of Court to enter default against Defendant on May 15, 2020, (Filing 9), and the Clerk of Court entered default that same day. Filing 10. Defendant now asks this Court to vacate the Clerk of Court's entry of default because of Defendant's "internal miscommunication." Filing 11 at 1. Plaintiff does not oppose Defendant's motion.

       "The court may set aside an entry of default for good cause." Fed. R. Civ. P. 55(c). The Court finds good cause exists to set aside the entry of default.

       IT IS THEREFORE ORDERED:

1. Defendant's Unopposed Motion to Vacate Clerk's Entry of Default (Filing 11) is granted;

2. The Clerk's Entry of Default (Filing 10) is hereby set aside; and

3. Defendant shall respond to the Complaint on or before June 8, 2020.

Dated this 1st day of June, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge